1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Bruce E. Van Dalsem (Bar No. 124128)
  brucevandalsem@quinnemanuel.com
  David W. Quinto (Bar No. 106232)
  davidquinto@quinnemanuel.com
  B. Dylan Proctor (Bar No. 219354)
  dylanproctor@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for American Rena International
Corp.; WanZhu "Kathryn" Li; Robert M.
Milliken

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| American Rena International Corp., a California corporation; WanZhu "Kathryn" Li, an individual; and Robert M. Milliken, an individual, | CASE NO. CV-12-06972-FMO (JEMx) |
| Plaintiffs, | **PLAINTIFFS' RENEWED REQUEST PURSUANT TO RULE 55(a) THAT THE CLERK OF THE COURT ENTER DEFAULT AGAINST DEFENDANTS ROBERT SIMONE AND CHRISTINE "NINA" KO** |
| vs. | |
| Sis-Joyce International Co., Ltd., a California corporation; Alice "Annie" Lin, an individual; Robert Simone, an individual; Christine "Nina" Ko, an individual; and DOES 3-10, | |
| Defendants. | |

quinn emanuel

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT**:

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiffs American Rena International Corp.; WanZhu "Kathryn" Li; and Robert M. Milliken hereby renew their request that the Clerk of the above-entitled Court enter default in this matter against defendant **ROBERT SIMONE**, an individual, and **CHRISTINE "NINA" KO**, an individual, on the ground that said defendants have failed to appear or otherwise respond to Plaintiffs' First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure and this Court's order of March 26, 2013.  (Dkt. 107).

Pursuant to the Clerk's June 7, 2013 direction (Dkt. 134), this request has been revised to (i) make it clear that the names of the persons in this Request for Entry of Default exactly match the names of the persons named in the complaint (Robert Simone and Christine "Nina" Ko); (ii) clarify for the Clerk that the full name of Robert Simone and Christine "Nina" Ko are noted on the proofs of service filed with this Court; and (iii) further clarify for the Clerk the code sections and Court orders pursuant to which service was effectuated on Robert Simone under this Court's Order entered at Dkt. 50 (Fed. R. Civ. Proc. 4(e)(1) and Cal. Civ. Proc. Code § 413.30), in addition to the Federal Rule pursuant to which personal service was effectuated on Christine "Nina" Ko (Fed. R. Civ. P. 4(e)(2)(a)).

I.   **ROBERT SIMONE**

Plaintiffs filed their original Complaint in this action on August 13, 2012. (Dkt. 1).  On September 11, 2012, plaintiffs substituted Robert Simone as "Doe 1" to the Complaint.  (Dkt. 22).  Because of Simone's concerted efforts to conceal his identity and physical location, this Court subsequently authorized e-mail service on Simone of the "Summons, Complaint, Amended Complaint, and any other papers required to be served upon Mr. Simone, including without limitation any motions, applications, notices and discovery requests."  (Dkt. 50).  This order was made

Case No. CV-12-06972-FMO (JEMx)
PLAINTIFFS' RENEWED REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS SIMONE AND KO

1   pursuant to Fed. R. Civ. Proc. 4(e)(1), which permits service of process by
2   "following state law for serving a summons in an action brought in courts of general
3   jurisdiction in the state where the district court is located or where service is made,"
4   and Cal. Civ. Proc. Code § 413.30, which provides that "summons [may] be served
5   in a manner which is reasonably calculated to give actual notice to the party to be
6   served and that proof of such service be made as prescribed by the court."
7   Accordingly, plaintiffs served Simone with the Summons and Complaint by e-mail
8   on October 24, 2012. (Dkt. 53).

9   Because Simone did not appear or respond to the original Complaint within
10  the time prescribed by the Federal Rules of Civil Procedure, plaintiffs requested that
11  the Clerk of the Court enter Simone's default as to the original Complaint on
12  November 16, 2012. (Dkt. 60). The Clerk entered Simone's default as to the
13  original Complaint on December 11, 2012. (Dkt. 74).

14  On March 27, 2013, plaintiffs filed their First Amended Complaint ("FAC")
15  (Dkt. 108). The FAC asserted new theories of liability and factual predicates, and it
16  added Christine "Nina" Ko as a defendant. *Id.* The FAC superseded the original
17  complaint (*see, e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (it is a
18  "well-established doctrine that an amended pleading supersedes the original
19  pleading.")), and, because it added a defendant and asserted new theories of liability
20  and factual predicates, was required to be served on Simone under Fed. R. Civ. P.
21  5(a)(2). *See* FED. R. CIV. P. 5(a)(2) ("a pleading that asserts a new claim for relief
22  against [a party in default] must be served on that party under Rule 4."). The filing
23  of the FAC, therefore, provided Simone with another opportunity to respond, and
24  required plaintiffs to seek a renewed entry of default as to Simone. *See Katzakian v.*
25  *Check Resolution Service, Inc.*, 2010 WL 5100912, at *3 (E.D. Cal. Dec. 15, 2010)
26  ("If Plaintiff is going to pursue a Motion for Default Judgment based on an amended
27  complaint, she shall obtain an entry of default from the Office of the Clerk based on
28  the amended pleading [].").; *Best Western International, Inc. v. Melbourne Hotel*

quinn emanuel

*Investors, LLC*, 2007 WL 2990132, at *1 (D. Ariz. Oct. 11, 2007) (filing of amended complaint cured previous default entered by Clerk of Court); *Vanguard Financial Service Corp. v. Johnson*, 736 F. Supp. 832, 835 (N.D. Ill. 1990) (denying as moot plaintiff's motion for default judgment where amended complaint subsequently filed).

Accordingly, pursuant to this Court's order authorizing email service (Dkt. 50); Fed. R. Civ. Proc. 4(e)(1); and Cal. Civ. Proc. Code § 413.30, plaintiffs served Robert Simone with the Summons and FAC by e-mail on April 1, 2013.  The Proof of Service was filed with the Court as Dkt. 122.  By this Court's order, (Dkt. 107), defendant Robert Simone was required to respond, answer or otherwise plead to plaintiffs' FAC by April 11, 2013.  As of June 6, 2013, neither defendant Robert Simone nor anyone claiming to represent defendant Robert Simone has responded to the FAC or contacted plaintiffs or their counsel to request an extension of time to respond to plaintiffs' FAC.

A second entry of default against Mr. Simone is therefore appropriate.

II.    **CHRISTINE "NINA" KO**

Christine "Nina" Ko was substituted as the defendant previously sued under the fictitious name of Doe 2 on March 27, 2013.  (Dkt. 108).  Christine "Nina" Ko was personally served with the Summons and FAC on April 5, 2013 pursuant to Fed. R. Civ. P. 4(e)(2)(a), and plaintiffs filed the Proof of Service as Dkt. 121. Pursuant to Fed. R. Civ. Proc. 12, Ko was required to respond, answer or otherwise plead to plaintiffs' FAC by April 26, 2013.  As of June 6, 2013, neither defendant Christine "Nina" Ko nor anyone claiming to represent defendant Christine "Nina" Ko has responded to the FAC or contacted plaintiffs or their counsel to request an extension of time to respond to plaintiffs' FAC.

The above-stated facts are set forth in the accompanying Declaration of Ryan Q. Keech filed herewith.  Because defendants Robert Simone and Christine "Nina" Ko have failed to "plead or otherwise defend" in response to plaintiff's First

quinn emanuel

1  Amended Complaint, plaintiffs now request that the Clerk of the Court enter default

2  against Simone and Ko pursuant to Fed. R. Civ. Proc. 55(a).

3

4  DATED: June 14, 2013                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
5

6

7                                    By

8                                           Bruce E. Van Dalsem
                                            Attorneys for American Rena International
9                                           Corp.; WanZhu "Kathryn" Li; Robert M.
                                            Milliken
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543.

On June 14, 2013, I served true copies of the following document(s) described as **PLAINTIFFS' RENEWED REQUEST PURSUANT TO RULE 55(a) THAT THE CLERK OF THE COURT ENTER DEFAULT AGAINST DEFENDANTS ROBERT SIMONE AND CHRISTINE "NINA" KO; DECLARATION OF RYAN Q. KEECH** on the interested parties in this action as follows:

| | |
|---|---|
| Leon E. Jew<br>**JEW & ASSOCIATES**<br>5776 Stoneridge Mall Rd., Ste. 288<br>Pleasanton, CA 94588<br>ljewpt@yahoo.com<br>**SERVICE VIA MAIL** | Counsel for Defendants<br>**SIS-JOYCE INT'L CO., LTD.;**<br>**ALICE "ANNIE" LIN** |
| **CHRISTINE "NINA" KO**<br>773 Barnum Way,<br>Monterey Park, CA 91754<br>christineko7@yahoo.com<br>**SERVICE VIA MAIL** | *Defendant* |
| **ROBERT SIMONE**<br>269 S. Beverly Drive, Box 121<br>Beverly Hills, CA 90212<br>robsimonetalks@yahoo.com<br>submitmystuff@yahoo.com<br>renausa1@gmail.com<br>**SERVICE VIA E-MAIL** | *Defendant* |

**BY MAIL:**  Pursuant to Fed. R. Civ. Proc. 5(b)(2),  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to Sis-Joyce Intl. Co., Ltd., Alice "Annie" Lin, and Christine "Nina" Ko.

**BY E-MAIL:** Pursuant to this Court's order permitting service of Robert Simone via email of "the Summons, Complaint, Amended Complaint, and any other papers required to be served upon Mr. Simone,"  (Dkt. 50), I successfully attached true and correct .pdf copies of such documents to e-mails sent to the last known e-mail addresses known to be utilized by the Robert Simone.  By Fed. R. Civ. Proc. 4(e)(1),

service of process  is permitted by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made,"  and Cal. Civ. Proc. Code § 413.30 provides that "summons [may] be served in a manner which is reasonably calculated to give actual notice to the party to be served and that proof of such service be made as prescribed by the court."

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 14, 2013, at Los Angeles, California.

/s/ Ryan Keech
Ryan Keech