# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RENA INTERNATIONAL CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIS-JOYCE INTERNATIONAL CO., LTD., et al., <br><br> Defendants. | NO. CV 12-6972 FMO (JEMx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiffs' Motion for Default Judgment, and having determined that no just reason exists for delay in making and directing entry of judgment, see Fed. R. Civ. P. 54(b), IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiffs American Rena Int'l Corp., Wan Zhu "Kathryn" Lim, and Robert M. Milliken against defendants Robert Simone ("Simone") and Christine "Nina" Ko ("Ko").

2. Plaintiffs are awarded $467,519.69 in statutory damages, and $12,950.39 for attorney's fees, against defendant Simone.

3. Defendants Simone and Ko are permanently enjoined from:

   (i) referencing, mentioning and/or using in any way plaintiffs' RENA or RENA BIOTECHNOLOGY marks in connection with the sale of products;

(ii) referencing, mentioning and/or using in any way the purported "ARëna," "aRena," "aRENA," and "NEW! ARËNA ACTIVATION ENERGY SERUM" marks or any other mark confusingly similar to the RENA or RENA BIOTECHNOLOGY marks in connection with the sale of products;

(iii) copying, displaying, performing or reproducing, in whole or in part, any text, photographs, graphics, source code or other copyrighted expression from the www.americanrena.com website or from any other any Rena work;

(iv) selling, advertising, or making any other use of a bottle and/or label that is confusingly similar to Rena's bottles and labels, including the 0.51 ounce bottle used to sell purported "ARëna," "aRena," "aRENA," and "NEW! ARËNA ACTIVATION ENERGY SERUM" products;

(v) advertising, marketing, or describing "ARëna," "aRena," "aRENA," and "NEW! ARËNA ACTIVATION ENERGY SERUM" products in any manner likely to mislead consumers as to the source of such products and/or their affiliation with Rena;

(vi) interfering with Rena's relationships with its leaders, members, distributors, customers and marketers, including, without limitation, by contacting Rena's existing leaders, members, distributors, customers and marketers for the purpose of soliciting business or making false or misleading statements or otherwise discussing Rena or its products with such leaders, members, distributors and marketers;

(vii) using or referring to the Plaintiffs' names and/or likenesses for any commercial purpose; and

(viii) posting, maintaining, displaying or performing websites, promotional videos or advertisements for genuine RENA products or defendants' purported "ARëna," "aRena," "aRENA," and "NEW! ARËNA ACTIVATION ENERGY SERUM" products, including without limitation videos posted under the name tvstripe1 on YouTube.com.

4. Defendant Simone is ordered to forthwith transfer or effectuate the transfer of the www.RenaSkin.com and www.ArenaSkin.com domain names to plaintiffs.

5. Plaintiffs shall serve defendants with a copy of this Judgment in such a manner as to make it operative in the future.

Dated this 14th day of February, 2014.

/s/
Fernando M. Olguin
United States District Judge